

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anthony Oliver | Civil Action No. 23-cv-01739-DMS-KSC |
| **Plaintiff,** | |
| V. | |
| See Attachment | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendants California Court Services, LLC, Golden State Attorney Service, Inc. and Bosco Legal Services, LLC, is DISMISSED without prejudice pursuant to Rule 4(m) of Federal Rules of Civil Procedure. Fed. R. Civ. P. 4(m). Plaintiff's motion for leave to file a second amended complaint is DENIED. Plaintiff's motion for default judgment against California Court Services, LLC is DENIED. Plaintiff's motion for default judgment against By the Book Attorney Service, Inc. is DENIED. Case is closed.

Date:   7/17/2024

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ D.Frank

D.Frank, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 23-cv-01739-DMS-KSC

Defendant's:
River City Process Service, Inc. a California Corporation;By The Book Attorney Service, Inc. a California Corporation;Advanced Attorney Services, Inc. a California Corporation; County Process Service, Inc. a California Corporation; Bender's Legal Service, Inc. a California Corporation; Envoy Attorney Support, Inc. a California Corporation; Golden State Attorney Service, Inc. a California Corporation; Countrywide Process, LLC a California limited liability company; Janney & Janney Attorney Service, Inc. a California Corporation; Class Action Research and Litigation Support, Inc.a California Corporation; Golden State Legal, Inc. a California Corporation; California Court Services, LLC a California limited liability company; Interceptor Legal Support Service, Inc. a California Corporation; Saddleback Attorney Services, Inc. a California Corporation; Bosco Legal Services, Inc. a California limited liability company; First Legal Service, LLC a Nevada limited liability company; Does 1-10 inclusive